IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BYRON SHANNON )
)
v. ) NO. 3:13-0348
)
VERNESTINE DULIN, et al )

**O R D E R**

Presently pending is the Defendants' motion (Docket Entry No. 24) to dismiss the action. The Plaintiff shall have until July 31, 2013, to file a response to this motion. The Plaintiff is advised that failure to timely file a response may result in a Recommendation to the District Judge that this action be dismissed.

SO ORDERED.

JULIET GRIFFIN
United States Magistrate Judge